# EXHIBIT "B"

CUSTOMER #: 1GYS4EKLXPR430748

1317061

*INVOICE*

PAGE 1

ALEXIS DEAL
1310 GRANITE PATH
PRINCETON, TX 75407
HOME:214-326-6249 CONT:214-326-6249
BUS: CELL:214-326-6249

CREST
DRIVING EXCELLENCE
CRESTCARS.COM
A BERKSHIRE HATHAWAY COMPANY
6280 State Highway 121
Frisco, Texas 75034
(972) 232-4113

SERVICE ADVISOR: 2233 CHASE YBARRA

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLACK | 23 | CADILLAC ESCALADE | 1GYS4EKLXPR430748 | | 63780/63784 | T1621 |

| | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| | | | WAIT 21MAY26 | | | CASH | 18JUN26 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 12:15 21MAY26 | 08:08 18JUN26 | DLR:CREST ENG:6.2L TRN:4WD |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

A CUSTOMER STATES CHECK ENGINE LIGHT IS FLASHING. CHECK AND ADVISE
CAUSE: DEBRIS CAUSING DAMAGE
4067490 ENGINE REPLACEMENT
2729 WARR 18.40 (N/C)
ADD RECOVER/RECHARGE R1234YF
2729 WARR 1.20 (N/C)
1 12745425 (N/C)
CORE CHARGE W (N/C)
1 85575818 W-(S)RADIATOR (N/C)
1 85724972 (S)HOSE (N/C)
1 12669858 (S)BELT (N/C)
1 12658178 (S)BELT KIT (N/C)
2 12682391 (S)GASKET (N/C)
8 12626354 (S)GASKET (N/C)
2 12657093 (S)GASKET (N/C)
10 11546600 BOLT (N/C)
1 12703668 (S)PIPE (N/C)
1 12679463 (S)PIPE (N/C)
2 12726902 (S)SEAL KIT (N/C)
1 15035747 (S)SEAL (N/C)
1 15077362 (S)SEAL (N/C)
1 12346290 COOLANT (N/C)
1 12735811 (S)FILTER (N/C)
8 19432866 OIL (N/C)
-1 12745425 CORE RETURN (N/C)
FC: 3073
PART#: 85575818
COUNT: 1
CLAIM TYPE: ZREG
AUTH CODE:

,,,,63784 ROD/MAIN BEARING DEBRIS CAUSING BLOCK DAMAGE 4067490 4WD W
,,,,F47 18.4 + 1.2 RECOVER/RECHARGE R1234YF 19.60
,,,,FOUND ENGINE NOT ROTATING WHEN PRESSING START BUTTON. REMOVED

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

(SIGNED) DEALER, GENERAL MANAGER OR AUTHORIZED PERSON (DATE)

NOTICE PURSUANT TO SEC. 70.001, TEXAS PROPERTY CODE

I am the person or agent acting on behalf of the person, who is obligated to pay for the repair of the motor vehicle subject to the repair contract. I understand that this vehicle is subject to repossession in accordance with §9.609 of the Texas Business and Commerce Code if payment for repair on the vehicle made in the form of check, money order, or credit card transaction has been stopped or has been dishonored because of insufficient funds or no funds, or because the drawer or maker of the check, money order, or credit card transaction has no account or the account upon which it was drawn has been closed.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER COPY

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 - S12C - IMAGING

CUSTOMER #: 1GYS4EKLXPR430748

1317061

*INVOICE*

CREST
DRIVING. EXCELLENCE.
CRESTCARS.COM
A BERKSHIRE HATHAWAY COMPANY
6280 State Highway 121
Frisco, Texas 75034
(972) 232-4113

ALEXIS DEAL
1310 GRANITE PATH
PRINCETON, TX 75407
HOME:214-326-6249 CONT:214-326-6249
BUS: CELL:214-326-6249

PAGE 2

SERVICE ADVISOR: 2233 CHASE YBARRA

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLACK | 23 | CADILLAC ESCALADE | 1GYS4EKLXPR430748 | | 63780/63784 | T1621 |

| PROD. DATE | WARR. EXP. | PROMISED | PO NO. | | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| | | WAIT 21MAY26 | | | CASH | 18JUN26 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 12:15 21MAY26 | 08:08 18JUN26 | DLR:CREST ENG:6.2L TRN:4WD |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

,,,,INTAKE DUCT AND ATTEMPTED TO ROTATE ENGINE BY HAND AND ENGINE WOULD NOT
,,,,ROTATE. REMOVED OIL FILTER AND FOUND METAL DEBRIS IN OIL. DRAINED OIL
,,,,AND REMOVED FRONT DIFF AND OIL PAN TO INSPECT. REMOVED ROD/MAIN BEARING
,,,,CAPS AND FOUND ROD/MAIN BEARING DEBRIS CAUSING BLOCK DAMAGE AND ENGINE
,,,,TO NOT ROTATE. DRAINED COOLANT AND RECOVERED REFRIGERANT. REMOVED AND
,,,,REPLACED ENGINE LONG BLOCK ASSEMBLY AND ALL ONE-TIME USE SEALS,
,,,,GASKETS, BOLTS AND HIGH PRESSURE FUEL LINES. REPLACED ENGINE OIL COOLER
,,,,LINES AND RADIATOR PER BULLETIN 22-NA-074. PERFORMED ENGINE PRELUBE
,,,,PROCEDURE. FILLED ENGINE OIL AND COOLANT. CHARGED A/C SYSTEM TO SPEC.
,,,,RETESTED AND VEHICLE OPERATING AS DESIGNED AT THIS TIME. 63780/63784
,,,,FC 3073
,,,,A/C WARRANTY CODE a1j!RGsW800000R1d000
,,,,OLD ENGINE SERIAL # K2231703MFYX1191
,,,,NEW ENGINE SERIAL # N1261396N87X0542

**************************************************

B CUSTOMER STATES VEHICLE ENGINE HAS A PHYSICAL VIBRATION THAT SHAKES
THE VEHICLE DURING BOTH IDLE AND ACCELERATION. CHECK AND ADVISE
SOL SEE OTHER LINES
2729 INC 0.00
,,,,63784 SEE LINE A (N/C)

**************************************************

C CUSTOMER STATES VEHICLE ENGINE STALLED OUT WHEN COMING TO A STOP BUT
WAS ABLE TO BE RESTARTED AFTER A COUPLE TRIES. NO JUMP START OR
JUMP BOX WAS USED. CHECK AND ADVISE
SOL SEE OTHER LINES
2729 INC 0.00
,,,,63784 SEE LINE A (N/C)

**************************************************

D CUSTOMER STATES SERVICE STABILTRAK MESSAGE IS SHOWING. CHECK AND
ADVISE
CD CUSTOMER DECLINED REPAIRS
3163 INC 0.00
,,,,63784 CUSTOMER DECLINED REPAIRS 0.00 CUSTOMER DECLINED REPAIRS (N/C)

**************************************************

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

(SIGNED) DEALER, GENERAL MANAGER OR AUTHORIZED PERSON (DATE)

NOTICE PURSUANT TO SEC. 70.001, TEXAS PROPERTY CODE

I am the person or agent acting on behalf of the person, who is obligated to pay for the repair of the motor vehicle subject to the repair contract. I understand that this vehicle is subject to repossession in accordance with §9.609 of the Texas Business and Commerce Code if payment for repair on the vehicle made in the form of check, money order, or credit card transaction has been stopped or has been dishonored because of insufficient funds or no funds, or because the drawer or maker of the check, money order, or credit card transaction has no account or the account upon which it was drawn has been closed.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

CUSTOMER COPY

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 - SI2C - IMAGING

CUSTOMER #: 1GYS4EKLXPR430748

1317061

*INVOICE*

CREST
DRIVING. EXCELLENCE.
CRESTCARS.COM
A BERKSHIRE HATHAWAY COMPANY
6280 State Highway 121
Frisco, Texas 75034
(972) 232-4113

ALEXIS DEAL
1310 GRANITE PATH
PRINCETON, TX 75407
HOME:214-326-6249 CONT:214-326-6249
BUS: CELL:214-326-6249

PAGE 3

SERVICE ADVISOR: 2233 CHASE YBARRA

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLACK | 23 | CADILLAC ESCALADE | 1GYS4EKLXPR430748 | | 63780/63784 | T1621 |

| | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| | | | WAIT 21MAY26 | | | CASH | 18JUN26 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 12:15 21MAY26 | 08:08 18JUN26 | DLR:CREST ENG:6.2L TRN:4WD |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

E CUSTOMER STATES REAR AXLE SYSTEM IS OFF MESSAGE IS SHOWING. CHECK AND ADVISE
SOL SEE OTHER LINES (N/C)
2729 INC 0.00
,,,,63784 SEE LINE A
**************************************************

F CUSTOMER STATES AUTO HOLD UNAVALIBLE MESSAGE IS SHOWING. CHECK AND ADVISE
SOL SEE OTHER LINES (N/C)
2729 INC 0.00
,,,,63780 SEE LINE A
**************************************************

G CUSTOMER STAETS SERVICE TRACTION CONTROL MESSAGE IS SHOWING. CHECK AND ADVISE
SOL SEE OTHER LINES (N/C)
2729 INC 0.00
,,,,63780 SEE LINE A
**************************************************

H 21 POINT VEHICLE INSPECTION-COMPLIMENTARY
21PT 21 POINT VEHICLE INSPECTION-COMPLIMENTARY (N/C)
18 INC 0.00
**************************************************

I 6 MONTH DETAIL/PAINT SEALANT REAPPLY
ZAKTEK 6 MONTH DETAIL/PAINT SEALANT REAPPLY (N/C)
18 IZAK 0.00
SUBL ZAKTEK PO#907940 (N/C)
IZAK
**************************************************

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

NOTICE PURSUANT TO SEC. 70.001, TEXAS PROPERTY CODE

I am the person or agent acting on behalf of the person, who is obligated to pay for the repair of the motor vehicle subject to the repair contract. I understand that this vehicle is subject to repossession in accordance with §9.609 of the Texas Business and Commerce Code if payment for repair on the vehicle made in the form of check, money order, or credit card transaction has been stopped or has been dishonored because of insufficient funds or no funds, or because the drawer or maker of the check, money order, or credit card transaction has no account or the account upon which it was drawn has been closed.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

(SIGNED) DEALER, GENERAL MANAGER OR AUTHORIZED PERSON (DATE)

CUSTOMER SIGNATURE

CUSTOMER COPY

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 · 812C · IMAGING

CUSTOMER #: 1GYS4EKLXPR430748

**1317061**

*INVOICE*

CREST
DRIVING. EXCELLENCE.
CRESTCARS.COM
A BERKSHIRE HATHAWAY COMPANY
6280 State Highway 121
Frisco, Texas 75034
(972) 232-4113

ALEXIS DEAL
1310 GRANITE PATH
PRINCETON, TX 75407
HOME:214-326-6249 CONT:214-326-6249
BUS: CELL:214-326-6249

PAGE 4

SERVICE ADVISOR: 2233 CHASE YBARRA

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLACK | 23 | CADILLAC ESCALADE | 1GYS4EKLXPR430748 | | 63780/63784 | T1621 |

| | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| | | | WAIT 21MAY26 | | | CASH | 18JUN26 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 12:15 21MAY26 | 08:08 18JUN26 | DLR:CREST ENG:6.2L TRN:4WD |

| LINE | OPCODE | TECH | TYPE | HOURS | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|

THANK YOU FOR CHOOSING CREST CADILLAC FOR YOUR VEHICLE SERVICE NEEDS. WE APPRECIATE YOUR BUSINESS. OUR GOAL IS TO ENSURE YOU ARE COMPLETELY SATISFIED WITH CREST CADILLAC, IF FOR ANY REASON YOU ARE NOT COMPLETELY SATISFIED, PLEASE CONTACT LOGAN MCPHERSON AT 972-728-9220 OR LMCPHERSON@VTAIG.COM SVC MGR

Cadillac

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

(SIGNED) DEALER, GENERAL MANAGER OR AUTHORIZED PERSON (DATE)

NOTICE PURSUANT TO SEC. 70.001, TEXAS PROPERTY CODE

I am the person or agent acting on behalf of the person, who is obligated to pay for the repair of the motor vehicle subject to the repair contract. I understand that this vehicle is subject to repossession in accordance with §9.609 of the Texas Business and Commerce Code if payment for repair on the vehicle made in the form of check, money order, or credit card transaction has been stopped or has been dishonored because of insufficient funds or no funds, or because the drawer or maker of the check, money order, or credit card transaction has no account or the account upon which it was drawn has been closed.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

**CUSTOMER COPY**

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 - 512C - IMAGING